IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCHUYLER TAFOYA,

Plaintiff,

vs.

ANDREW BARKSDALE, in his individual capacity, et al.,

Defendants.

4:26-CV-3259

RECUSAL ORDER

My oldest son, who is a licensed attorney, contracts with the City of Lincoln to provide the City with lobbying services, requiring my recusal pursuant to 28 U.S.C. § 455(b)(5)(iii). Therefore,

IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 25th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge